JENNIFER CANGRO, Appellant, v MARY V. ROSADO, Respondent.

Decided February 25, 2014

Appeal, insofar as taken from that portion of the Appellate Division order that dismissed appellant's appeal from Supreme Court's order denying reargument, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge ABDUS-SALAAM taking no part.

---

In the Matter of CHRISTOPHER CAPPON, Appellant, v CARLOS CARBALLADA, Commissioner, Neighborhood and Business Development of City of Rochester, as Successor to JULIO VASQUEZ, Commissioner, Community Development of City of Rochester, Respondent.

Submitted December 16, 2013; decided February 25, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements.